**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In Re: | ) Case No. 2-03-BK-07923-SSC |
| --- | --- |
| GTI CAPITAL HOLDINGS, LLC, | ) Chapter 7 |
| Debtors. | ) **APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT** |

David M Reaves, Trustee, reports that the following dividend checks have been issued and returned for insufficient address and no other address is on file with the court.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
| --- | --- | --- | --- |
| 3069 | 1/11/10 | MCI Worldcom<br>P.O. Box 856053<br>Louisville, Kentucky 40285 | $3.02 |
| 3080 | 1/11/10 | Sprint<br>P.O. Box 79255<br>City of Industry, CA 91716 | $5.38 |
| 3051 | 1/11/10 | Garry J. Day Mine Inspections, Inc.<br>3823 E. Poinsettia Dr.<br>Phoenix, AZ 85028 | $416.45 |
| 3022 | 1/11/10 | A-1 Septic Pumping Inc.<br>P.O. Box 3344<br>Chino Valley, AZ 86323 | $14.23 |
| 3030 | 1/11/10 | Atlantic Products, Inc.<br>P.O. Box 8082<br>Jupiter, Florida 33468 | $66.78 |

Dated this 15th day of March, 2010.

                                                /s/ David M. Reaves
                                                David M. Reaves, Chapter 7 Trustee