DAVID M. REAVES
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In Re: ) Case No. 2-03-bk-07923-SSC
)
GTI CAPITAL HOLDINGS, LLC, ) Chapter 7
)
Debtor. ) **APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT**
)

David M Reaves, Trustee, reports that the following dividend checks have been issued and returned for insufficient address and no other address is on file with the court or more than ninety (90) days has elapsed from the date of issuance.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 3029 | 1/11/10 | AT&T<br>P.O. Box 75822<br>Phoenix, AZ 85062 | $498.49 |
| 3037 | 1/11/10 | Buesing Corp<br>5163 W. Latham Street<br>Phoenix, AZ 85043 | $31.22 |
| 3045 | 1/11/10 | D&M Trucking and Excavating, Inc.<br>6227 S. 75th Ave., Suite A<br>Laveen, AZ 85339 | $45.38 |
| 3061 | 1/11/10 | James Carmichael<br>James Carmichael, CPA<br>6217 W. Lone Cactus Dr.<br>Glendale, AZ 85308 | $812.03 |
| 3062 | 1/11/10 | JD Reporting, Inc.<br>389 E. Palm Lane, Suite 9<br>Phoenix, AZ 85004 | $182.37 |

1

| | | | |
|---|---|---|---|
| 3064 | 1/11/10 | Kserv, LLC<br>P.O. Box 665<br>Humbolt, AZ 86329 | $5.83 |
| 3065 | 1/11/10 | LALA LLC dba Chemical Southwest<br>P.O. Box 2310<br>Mesa, AZ 85214 | $2,963.70 |
| 3081 | 1/11/10 | Sunrise Construction, Inc.<br>5626 S. 43rd Ave.<br>Phoenix, AZ 85041 | $131.92 |
| 3094 | 6/14/10 | CNA<br>75 Remittance Drive, Suite 1641<br>Chicago, Illinois 60675 | $313.96 |

Dated this 17th day of February, 2011.

_____
David M. Reaves, Chapter 7 Trustee